IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEVIN BRANDIS PUGH,          )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )        2:25cv28-MHT
                             )           (WO)
CLAY COUNTY, ALABAMA,        )
                             )
     Defendant.              )
```

OPINION

Plaintiff filed this lawsuit asserting discrimination claims against defendant focused on the alleged lack of adequate public transportation. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to submit a filing fee or an application to proceed in forma pauperis, failure to prosecute, and for failure to file a conflict-disclosure statement as ordered. There are no objections to the recommendation. After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of April, 2025.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE